Sean D. Jackson, OSB No. 155268
jacksons@ballardspahr.com
Brenna McLaughlin, OSB No. 214264
mclaughlinb@ballardspahr.com
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BLAIR BONNES, an individual,<br><br>        Plaintiff,<br><br> v.<br><br>ELITE ELDERCARE PDX LLC, an Oregon Limited Liability Company; ELISA D. MCSWAIN, an individual; BABA KOUROUMA, an individual,<br><br>        Defendants. | Case No. 3:24-cv-02109-AR<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate that this matter be dismissed with prejudice and without costs or fees to any party, except that the Court expressly retains jurisdiction to ensure compliance with and enforcement of the settlement agreement.

PAGE 1 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

720424.0003/9980321.1

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned matter is dismissed with prejudice and without costs or fees to any party. However, the Court shall retain jurisdiction to ensure compliance with and enforcement of the settlement agreement.

DATED July 21, 2025.

_____
Hon. Jeff Armistead
United States Magistrate Judge

**IT IS SO STIPULATED:**

| LAW OFFICE OF MARK R. HUMPHREY | BALLARD SPAHR LLP |
|---|---|
| By  s/ Mark R. Humphrey<br>Mark R. Humphrey, OSB No. 903031<br>PO Box 822757<br>Vancouver, Washington 98682<br>Telephone: 503.481.6581<br>E-Mail: markhumph60@yahoo.com<br><br>*Attorney for Plaintiff* | By  s/ Brenna McLaughlin<br>Sean D. Jackson, OSB No. 155268<br>Brenna McLaughlin, OSB No. 214264<br>601 S.W. Second Avenue, Suite 2100<br>Portland, Oregon 97204-3158<br>Telephone: 503.778.2100<br>E-Mail: jacksons@ballardspahr.com<br>         mclaughlinb@ballardspahr.com<br><br>*Attorneys for Defendants* |

PAGE 2 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

720424.0003/9980321.1